ACCEPTED
12-14-00365-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/27/2015 12:37:07 PM
Pam Estes
CLERK

CAUSE NUMBER 12-14-00365-CV

IN THE COURT OF APPEALS
FOR THE TWELFTH DISTRICT OF TEXAS
AT TYLER

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/27/2015 12:37:07 PM
PAM ESTES
Clerk

EDOM CORNER, LLC and EARL A. BERRY, JR.,

Appellanst,

vs.

IT'S THE BERRYS, LLC doing business as MARY ELLEN'S

Appellees

## MOTION FOR LEAVE TO FILE POST SUBMISSION SUPPLEMENTAL BRIEF

Appellee It's The Berrys doing business as Mary Ellen's ("Mary Ellen's") respectfully moves, on the following grounds, for leave to file the postsubmission supplemental brief which accompanies this motion:

1.     During the October 22, 2015 oral argument of this appeal certain issues arose from the Court's inquiries which must be addressed.

2.     The attached postsubmission supplemental brief addresses those issues.

MOTION FOR LEAVE TO FILE POST SUBMISSION SUPPLEMENTAL BRIEF          1

3.    **Certificate of Conference:** On October 27, 2015 Larry M. Lesh, the undersigned attorney for Mary Ellen's, conferred with counsel for Appellants, who oppose this motion.

Respectfully submitted,

/s/ Larry M. Lesh
Larry M. Lesh
State Bar No. 12225000
LAW OFFICE OF LARRY M. LESH
1 Forest Park Drive
Richardson, Texas 75080
(214) 237-8598
(972) 699-1456 Facsimile

R. Paul Elliott
Attorney at Law
A Professional Corporation
301 S. Main
Canton, Texas 75103
(903) 567-4141
(903) 567-6228 Facsimile

ATTORNEYS FOR MARY
ELLEN'S

## CERTIFICATE OF SERVICE

A true copy of the foregoing motion with accompanying brief was served

electronically on the following attorney for Appellants on the 27th day of October, 2015:

    Katherine A. Ferguson
    Renshaw, Davis & Ferguson, L.L.P.
    2900 Lee Street Suite 102
    P. O. Box 0021
    Greenville, Texas 75403-0021
    rdflawoffice@yahoo.com

<u>/s/ Larry M. Lesh</u>
Larry M. Lesh